JUDGE KATHLEEN CARDONE

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

FILED

2023 SEP 14 PM 2: 54

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| **JOSHUA CACHO,** a Texas resident, | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § |
| | § |
| **SPECTRUM MOBILE EQUIPMENT, LLC,** | § |
| A Delaware Corporation | § |
| | § |
| **Defendant.** | § |
| | § |

EP23CV0347

## PLAINTIFF'S ORIGINAL COMPLAINT

### PARTIES

1.      Plaintiff JOSHUA CACHO ("Plaintiff") is a natural person, a resident of the Western District of Texas, and was present in Texas since July 16, 2023, in this case in El Paso County, Texas.

2.      Defendant SPECTRUM MOBILE EQUIPMENT, LLC ("Spectrum") is a corporation organized and existing under the laws of Delaware and can be served via registered agent Corporation Service Company at Goodwin Square, 225 Asylum Street, 20th Floor, MC-CSC1 Hartford, Connecticut 06103, United States.

### JURISDICTION AND VENUE

3.      Jurisdiction.  This Court has federal-question subject matter jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331 because the TCPA is a federal statute. *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 372 (2012).

1

## PERSONAL JURISDICTION

**4.**     This Court has specific personal jurisdiction over Defendant because they have repeatedly purposefully placed calls to Texas residents and derived revenue from Texas residents, and they sell goods and services to Texas residents, including Plaintiff.

**5.**     This Court has supplemental subject matter jurisdiction over Plaintiff's claims arising under Florida Statutes § 501.059 and § 501.601 and because the claims arise from the same nucleus of operative fact, i.e., Defendant's telemarketing interactive prerecorded robotic message calls to Plaintiff and adds little complexity to the case.

## VENUE

**6.**     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1)-(2) because a substantial part of the events giving rise to the claims—the automated robocalls and sale of goods and services directed at Texas residents, including the Plaintiff—occurred in this District and because the Plaintiff resides in this District.

**7.**     This Court has venue over Defendant Spectrum because the automated robocalls at issue were sent by or on behalf of the above-named Defendant to Plaintiff, a Texas resident.

## THE TELEPHONE CONSUMER PROTECTION ACT

## OF 1991, 47 U.S.C. § 227

**8.**     In 1991, Congress enacted the TCPA to restrict the use of sophisticated telemarketing equipment that could target millions of consumers *en masse*. Congress found that these calls were not only a nuisance and an invasion of privacy to consumers specifically but were also a threat to interstate commerce generally. *See* S. Rep. No. 102-178, at 2-3 (1991), as reprinted in 1991 U.S.C.C.A.N. 1968, 1969-71.

**9.**     The TCPA makes it unlawful "to make any call (other than a call made for emergency

2

purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice … to any telephone number assigned to a … cellular telephone service." 47 U.S.C. § 227(b)(1)(A)(iii).

10.     The TCPA makes it unlawful "to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes, is made solely pursuant to the collection of a debt owed to or guaranteed by the United States, or is exempted by rule or order" of the Federal Communication Commission ("FCC"). 47 U.S.C. § 227(b)(1)(B).

11.     The TCPA provides a private cause of action to persons who receive calls in violation of § 227(b). 47 U.S.C. § 227(b)(3).

12.     Separately, the TCPA bans telemarketing calls without a do-not-call policy available upon demand. 47 U.S.C. § 227(c); 47 C.F.R. § 64.1200(d)(1).[1]

13.     The TCPA provides a private cause of action to persons who receive calls in violation of 227(c) or a regulation promulgated there under. 47 U.S.C. § 227(c)(5).

14.     According to findings of the FCC, the agency vested by Congress with authority to issue regulations implementing the TCPA, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls and can be costly and inconvenient.

15.     The FCC also recognizes that "wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used." *In re Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 18 FCC Rcd. 14014, 14115 ¶ 165 (2003).

---

[1] *See* Code of Federal Regulations, Title 47, Parts 40 to 60, at 425 (2017) (codifying a June 26, 2003 FCC order).

16.     The FCC requires "prior express written consent" for all autodialed or prerecorded

telemarketing robocalls to wireless numbers and residential lines.  In particular:[A] consumer's

written consent to receive telemarketing robocalls must be signed and be sufficient to show that

the consumer:  (1) received clear and conspicuous disclosure of the consequences of providing

the requested consent, *i.e.*, that the consumer will receive future calls that deliver prerecorded

messages by or on behalf of a specific seller; and (2) having received this information, agrees

unambiguously to receive such calls at a telephone number the consumer designates. In addition,

the written agreement must be obtained without requiring, directly or indirectly, that the

agreement be executed as a condition of purchasing any good or service.

17.     *In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of

1991*,27 FCC Rcd. 1830, 1844 ¶ 33 (2012) (footnote and internal quotation marks omitted). FCC

regulations "generally establish that the party on whose behalf a solicitation is made bears

ultimate responsibility for any violations." *In the Matter of Rules and Regulations Implementing

the Tel. Consumer Prot. Act of 1991*, 10 FCC Rcd. 12391, 12397 ¶ 13 (1995).

18.     The FCC confirmed this principle in 2013, when it explained that "a seller ... may be

held vicariously liable under federal common law principles of agency for violations of either

section 227(b) or section 227(c) that are committed by third-party telemarketers." *In the Matter

of the Joint Petition Filed by Dish Network, LLC*, 28 FCC Rcd. 6574, 6574 ¶ 1 (2013).

19.     Under the TCPA, a text message is a call. *Satterfield v. Simon & Schuster, Inc.*, 569 F.3d

946, 951 – 52 (9th Cir. 2009).

20.     The TCPA defines an ATDS as "equipment which has the capacity – (A) to store or

produce telephone numbers to be called, using a random or sequential umber generator; and (B)

to dial such numbers. *Id.* at § 227(a)(1)

4

21.     As to what type of dialing equipment constitutes an ATDS, the TCPA vests to the Federal

Communication Commission ("FCC") the responsibility to promulgate regulations implementing

the TCPA's requirements. *Id.* at § 227(a)(1).

22.     Over the last nineteen years, the FCC has repeatedly recognized that a predictive dialer is

an ATDS that is subject to regulation by the TCPA. In its 2003 Order, the FCC also defined a

"predictive dialer" holding:

[A] predictive dialer is equipment that dials numbers and, when certain computer software is

attached, also assists telemarketers in predicting when a sales agent will be available to take

calls. The hardware, when paired with certain software, has the capacity to store or

produce numbers and dial those numbers at random, in sequential order, or from a database of

numbers. As commenters point out, in most cases, telemarketers program the numbers to be

called into the equipment, and the dialer calls them at a rate to ensure that when a consumer

answers the phone, a sales person is available to take the call.[1]

23.     In 2008, the FCC affirmed "that a predictive dialer constitutes an automatic

telephone dialing system and is subject to the TCPA's restrictions on the use of autodialers."[2]

24.     A corporate officer involved in the telemarketing at issue may be personally liable under

the TCPA. *E.g.*, *Jackson Five Star Catering, Inc. v. Beason*, Case No. 10-10010, 2013 U.S. Dist.

LEXIS 159985, at *10 (E.D. Mich. Nov. 8, 2013) ("[M]any courts have held that corporate

actors can be individually liable for violating the TCPA where they had direct, personal

participation in or personally authorized the conduct found to have violated the statute." (internal

quotation marks omitted)); *Maryland v. Universal Elections*, 787 F. Supp. 2d 408, 415 – 16 (D.

Md. 2011) ("If an individual acting on behalf of a corporation could avoid individual liability,

the TCPA would lose much of its force.").

5

## FLORIDA STATUTES § 501.059

25.    Florida Statutes § 501.059 makes it a violation to "make or knowingly allow a telephone sales call to be made if such call involves an automated system for the selection or dialing of telephone numbers or the playing of a recorded message when a connection to a number called without the prior express written consent of the called party." Fla. Stat. § 501.059(8)(a).

26.    A "telephone sales call" is defined as a 'telephone call, text message, voicemail transmission to a consumer for the purpose of soliciting a sale of any consumer goods or services, soliciting an extension of credit for consumer goods or services, or obtaining information that will or may be used for the direct solicitation of a sale of consumer goods or services or an extension of credit for such purposes." Fla. Stat. § 501.059(j).

27.    "Prior express written consent" means an agreement in writing that: Fla. Stat. § 501.0059(g).

    1.  Bears the signature of the called party;

    2.  Clearly authorizes the person making or allowing the placement of a telephonic sales calls by telephone call, text message, or voicemail transmission to deliver or cause to be delivered to the called party a telephone sales call using an automated system for the selection or dialing of telephone numbers, the playing of a recorded message when a connection is completed to a number called, or the transmission of a prerecorded voicemail;

    3.  Includes the telephone number to which the signatory authorizes a telephonic sales call to be delivered; and

    4.  Includes a clear and conspicuous disclosure informing the called party that;

        a.  By executing the agreement, the called party authorizes the person making or

allowing the placement of a telephonic sales call to deliver or cause to be

delivered a telephonic sales call to the called party using an automated system

for the selection or dialing of telephone numbers or playing of a recorded

message when a connection is completed to a number called; and

b. He or she is not required to directly or indirectly sign the written agreement or

to agree to enter into such agreement as a condition of purchasing any

property, goods, or services.

28.    A person aggrieved by a violation of this section may bring an action to recover actual

damages or $500, whichever is greater.  Fla. Stat. § 501.059(10)(a)(2).

29.    If the court finds that the Defendant's willfully or knowingly violated this section or rules

adopted pursuant to this section, the court may, in its discretion, increase the amount of the

award to an amount equal to not more than three times the amount available under paragraph (a).

Fla. Stat. § 501.059(10)(a)(2)(b).

## FLORIDA TELEMARKETING ACT

30.    A commercial telephone seller or salesperson making a commercial telephone solicitation

call may not use technology that deliberately displays a different caller identification number

than the number the call is originating from to conceal the true identity of the caller.  Fla. Stat. §

501.616(7)(b).

31.    A commercial telephone seller or salesperson may not transmit more than three

commercial telephone solicitation phone calls from any number to a person over a 24-hour

period on the same subject matter or issue, regardless of the phone number used to make the call.

Fla. Stat. § 501.616(6)(b).

32.    In addition to any other penalties or remedies provided under law, a person who is injured

7

by a violation of the provisions of this part may bring a civil action for recovery of actual

damages and/or punitive damages, including costs, court costs, and attorney's fees.  No provision

of this part shall be construed to limit any right or remedy provided under law.  Fla. Stat. §

501.625.

### The Texas Business and Commerce Code § 302.101

**33.**     The Texas Business and Commerce code requires sellers to obtain a registration

certificate from the secretary of State in Order to make telephone solicitations inside the state of

Texas or to residents located in Texas.

**34.**     The Plaintiff may seek damages of violations of Texas Business and Commerce Code §

302.101 of to $5,000.00 per violation, reasonable costs of prosecuting the action, court costs

investigation costs, depositions expenses, witness fees, and attorney's fees.

**35.**     Texas Business and Commerce code § 302.101 provides a private right of action. A

violation of Chapter 302 "is a false, misleading or deceptive act of practice under Subchapter E,

Chapter 17" and is enforceable as such: "A public or private right of remedy prescribed by

Subchapter E, Chapter 17, may be used to enforce [Chapter 302." Tex. Bus. & Com. Code §

302.303.

**36.**     The use or employment by any person of a false, misleading, or deceptive act or practice

causes "economic damages or damages for mental anguish." Tex. Bus. & Com. Code § 17.50

### FACTUAL ALLEGATIONS

**37.**     Plaintiff's personal cell phone ending in 3811 has been registered on the National Do-

Not-Call Registry for more than thirty-one (31) days prior to the first call received from

Defendant Spectrum's employees.

**38.**     Plaintiff personally registered the cell phone at issue in this case on the National-Do-Not-

Call Registry on September 11, 2022.

**39.**    Plaintiff never asked the National Do-Not-Call Registry administrator to remove him from the National Do-Not-Call Registry and Plaintiff was on the National Do-Not-Call Registry at all times relevant to this Complaint.

**40.**    Plaintiff was residing in Florida from the beginning of time up until July 16, 2023, in which he has been residing in Texas currently.

**41.**    Defendant Spectrum operates as a communications provider.

**42.**    Defendant Spectrum knowingly scams customers into buying a product, with the "hook" that they are only receiving a discount from their current services.

**43.**    Defendant Spectrum fraudulently opens new accounts for customers without their consent, and through confusion, gets them to agree to a new contract.

**44.**    Defendant Spectrum's employee called Plaintiff at least two hundred and thirty (230) times. All calls were prerecorded messages that stated "Hi, this is a service call from Spectrum, we would like to inform you that your equipment is outdated and needs to be replaced, press 1 to talk to a Spectrum associate" ("Spectrum outdated equipment") but were soliciting Plaintiff for a new Mobile plan, and a new Apple iPhone 14 Pro Max device.

**45.**    Upon information and belief Defendant Spectrum's employees called Plaintiff more times over the last four (4) years that he is currently unaware of without the benefit of Discovery.

**46.**    Upon information and belief Defendant Spectrum used other marketing agencies to contact Plaintiff over the last four (4) years that Plaintiff is unaware of at this time without the benefit of Discovery.

**47.**    **Calls #1-5, DNC Request #1-5,** *See Table A,* between September 09, 2022 – October 10, 2022, Plaintiff received a series of prerecorded messages from defendant Spectrum's employees

with the same recording each time, "Spectrum outdated equipment", Plaintiff pressed 1 each

time to get to a live representative and tell them to not call back. As soon as a live agent would

get on the line, Plaintiff would clearly state he was not interested in whatever scam this was, and

to not call back.

**48.**    Plaintiff did not believe these calls were associated originally with Spectrum, and he

believed they were similar to IRS scam calls from India where the telemarketers were just trying

to steal money, and therefore there was no company to hold accountable in the United States.

**49.**    **Call # 6-221**, countless DNC Requests made, between October 10, 2022 – August 02,

2023, Plaintiff received an absurd amount of prerecorded message calls about "Spectrum

outdated equipment." Plaintiff hung up on most of the calls, but many times told them to stop

calling as well.

**50.**    **Call #222**, on September 1, 2023, at 3:25 PM MT, Plaintiff received a call with 407-388-

4548 displayed on his Caller ID. Plaintiff answered with "hello" and was greeted by the

"Spectrum outdated equipment" prerecorded message. Plaintiff pressed 1 to be transferred to a

live agent for the sole purpose of identifying the responsible party(s) for the calls.

**51.**    Plaintiff handed the phone to his friend who was a Spectrum customer, and his friend

provided the Spectrum associate with the information they requested. His friend was told that his

equipment was old and would stop working in the next few days if he didn't allow them to

replace it.

**52.**    The Spectrum associate then told Plaintiff's friend that he would have to authorize a

$2.34 charge to pay for shipping of the new equipment for his internet and cable boxes.

Plaintiff's friend was also told his spectrum bill would drop from $262 to $147 for 2 years.

**53.**    Plaintiff's friend agreed and with Plaintiff's authorization provided him with Plaintiff's

credit card. Halfway through the call, the phone dropped, and the call ended. No final consent was provided on the amount to be charged.

54.    On September 1, 2023, moments after Plaintiff's friend disconnected the call he received a series of emails confirming the "recent order" placed on his behalf, though no order was ever confirmed on the phone. In one of the emails, it contained a contract for a new iPhone 14 Pro Max, in Plaintiff's friend's name. *See Exhibit A*.

55.    And thus, Plaintiff discovered the whole point of all the calls was to "slam" him into buying a new phone without his knowledge, through finance.

56.    On September 1, 2023, Plaintiff received a notification from his bank that a pending charge for $1.00, from Spectrum was on his account. *See Exhibit B*.

57.    On September 7, 2023, Plaintiff's friend called Spectrum to inquire about the new account that was opened in his name fraudulently. They confirmed that the order was placed on September 1, 2023, and a temporary charge was placed on the card ending in 9056.

58.    Plaintiff's friend canceled the order and received a confirmation email shortly afterward. *See Exhibit C*.

59.    Table A below displays the calls received from Defendant Spectrum.

**Table A**

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 1 | Sep 02, 2022 | 5:29 PM EST | (407) 325-3735 | prerecorded call from Spectrum - Confirmed DNC Request #1 |
| 2 | Sep 06, 2022 | 5:27 PM EST | (407) 585-0942 | prerecorded call from Spectrum - Confirmed DNC Request #2 |
| 3 | Sep 09, 2022 | 7:27 PM EST | (407) 518-0940 | prerecorded call from Spectrum - Confirmed DNC Request #3 |

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 4 | Sep 19, 2022 | 2:15 PM EST | (407) 314-7199 | prerecorded call from Spectrum - Confirmed DNC Request #4 |
| 5 | Oct 06, 2022 | 1:45 PM EST | (407) 363-4761 | prerecorded call from Spectrum - Confirmed DNC Request #5 |
| 6 | Oct 10, 2022 | 7:02 PM EST | (407) 315-3225 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 7 | Oct 11, 2022 | 7:11 PM EST | (407) 283-6546 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 8 | Oct 13, 2022 | 7:39 PM EST | (407) 268-9723 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 9 | Oct 20, 2022 | 11:31 AM EST | (386) 337-4542 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 10 | Nov 16, 2022 | 6:23 PM EST | (407) 321-5031 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 11 | Nov 18, 2022 | 1:13 PM EST | (407) 254-4822 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 12 | Nov 21, 2022 | 11:24 AM EST | (407) 216-8836 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 13 | Nov 23, 2022 | 1:31 PM EST | (814) 621-0846 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 14 | Nov 23, 2022 | 5:56 PM EST | (407) 751-0209 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 15 | Dec 06, 2022 | 4:51 PM EST | (407) 403-2259 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 16 | Dec 07, 2022 | 5:38 PM EST | (407) 426-3370 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 17 | Dec 27, 2022 | 3:03 PM EST | (407) 444-1570 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 18 | Jan 07, 2023 | 6:58 PM EST | (407) 705-2767 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 19 | Jan 11, 2023 | 3:52 PM EST | (407) 806-5608 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|---|---|---|---|---|
| 20 | Jan 23, 2023 | 5:02 PM EST | (407) 592-4229 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 21 | Jan 24, 2023 | 3:49 PM EST | (831) 679-1260 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 22 | Jan 24, 2023 | 5:54 PM EST | (407) 610-9202 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 23 | Jan 31, 2023 | 4:37 PM EST | (407) 302-3048 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 24 | Jan 12, 2023 | 4:24 PM EST | (407) 585-1426 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 25 | Jan 18, 2023 | 5:56 PM EST | (407) 715-8904 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 26 | Feb 03, 2023 | 4:19 PM EST | (407) 547-6185 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 27 | Feb 10, 2023 | 3:19 PM EST | (407) 335-9669 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 28 | Feb 17, 2023 | 4:14 PM EST | (407) 269-6808 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 29 | Feb 17, 2023 | 6:34 PM EST | (407) 224-1050 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 30 | Feb 20, 2023 | 5:19 PM EST | (407) 857-6286 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 31 | Mar 01, 2023 | 6:30 PM EST | (407) 865-3959 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 32 | Mar 02, 2023 | 12:11 PM EST | (407) 593-0975 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 33 | Mar 02, 2023 | 12:41 PM EST | (865) 353-5890 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 34 | Mar 03, 2023 | 4:24 PM EST | (407) 216-4204 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 35 | Mar 06, 2023 | 1:25 PM EST | (407) 257-3308 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|---|---|---|---|---|
| 36 | Mar 06, 2023 | 5:49 PM EST | (407) 333-4668 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 37 | Mar 08, 2023 | 2:35 PM EST | (407) 543-5608 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 38 | Mar 08, 2023 | 6:29 PM EST | (407) 630-5785 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 39 | Mar 09, 2023 | 2:56 PM EST | (407) 228-9105 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 40 | Mar 10, 2023 | 3:26 PM EST | (407) 255-0875 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 41 | Mar 10, 2023 | 5:24 PM EST | (407) 345-5934 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 42 | Mar 13, 2023 | 2:45 PM EST | (407) 466-6464 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 43 | Mar 13, 2023 | 2:56 PM EST | (407) 450-6269 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 44 | Mar 14, 2023 | 7:03 PM EST | (407) 231-5546 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 45 | Mar 15, 2023 | 2:21 PM EST | (407) 429-0680 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 46 | Mar 16, 2023 | 4:34 PM EST | (754) 256-6338 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 47 | Mar 17, 2023 | 12:14 PM EST | (407) 367-6215 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 48 | Mar 17, 2023 | 1:42 PM EST | (786) 464-4537 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 49 | Mar 20, 2023 | 6:38 PM EST | (407) 828-2618 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 50 | Mar 27, 2023 | 1:11 PM EST | (407) 853-2061 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 51 | Mar 27, 2023 | 3:47 PM EST | (407) 254-5646 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 52 | Mar 27, 2023 | 5:49 PM EST | (407) 433-7813 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 53 | Mar 29, 2023 | 6:51 PM EST | (407) 683-4660 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 54 | Mar 30, 2023 | 4:49 PM EST | (407) 458-0330 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 55 | Mar 31, 2023 | 2:13 PM EST | (407) 391-9113 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 56 | Mar 31, 2023 | 4:48 PM EST | (407) 578-8782 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 57 | Mar 31, 2023 | 5:56 PM EST | (407) 359-4917 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 58 | Apr 03, 2023 | 5:03 PM EST | (407) 352-1343 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 59 | Apr 03, 2023 | 5:29 PM EST | (407) 853-7849 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 60 | Apr 05, 2023 | 2:39 PM EST | (407) 285-4834 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 61 | Apr 06, 2023 | 5:58 PM EST | (407) 324-2811 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 62 | Apr 07, 2023 | 12:31 PM EST | (407) 493-4328 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 63 | Apr 10, 2023 | 2:22 PM EST | (407) 466-3095 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 64 | Apr 10, 2023 | 3:56 PM EST | (407) 462-0130 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 65 | Apr 11, 2023 | 3:28 PM EST | (407) 361-7201 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 66 | Apr 12, 2023 | 3:40 PM EST | (407) 229-3161 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 67 | Apr 13, 2023 | 3:32 PM EST | (407) 549-6060 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 68 | Apr 14, 2023 | 2:04 PM EST | (407) 473-2371 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 69 | Apr 15, 2023 | 2:19 PM EST | (407) 347-1260 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 70 | Apr 15, 2023 | 5:56 PM EST | (407) 560-5706 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 71 | Apr 17, 2023 | 5:30 PM EST | (407) 429-2326 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 72 | Apr 20, 2023 | 4:40 PM EST | (407) 266-4390 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 73 | Apr 25, 2023 | 11:21 AM EST | (407) 330-9338 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 74 | Apr 25, 2023 | 6:10 PM EST | (407) 457-4910 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 75 | Apr 27, 2023 | 4:03 PM EST | (407) 258-9108 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 76 | Apr 28, 2023 | 4:45 PM EST | (407) 571-0672 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 77 | Apr 28, 2023 | 5:08 PM EST | (407) 279-8948 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 78 | May 02, 2023 | 1:30 PM EST | (407) 396-0656 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 79 | May 02, 2023 | 1:47 PM EST | (407) 212-2262 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 80 | May 02, 2023 | 4:09 PM EST | (407) 304-6585 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 81 | May 02, 2023 | 7:38 PM EST | (407) 369-2106 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 82 | May 02, 2023 | 7:41 PM EST | (407) 584-3422 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 83 | May 03, 2023 | 4:35 PM EST | (407) 493-7136 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 84 | May 03, 2023 | 5:58 PM EST | (407) 260-8236 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 85 | May 05, 2023 | 2:12 PM EST | (407) 354-3906 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 86 | May 05, 2023 | 6:03 PM EST | (407) 559-5209 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 87 | May 08, 2023 | 9:38 AM EST | (407) 416-6023 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 88 | May 08, 2023 | 10:38 AM EST | (407) 322-6300 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 89 | May 08, 2023 | 6:32 PM EST | (407) 220-3524 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 90 | May 08, 2023 | 7:32 PM EST | (407) 208-2301 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 91 | May 08, 2023 | 7:56 PM EST | (407) 272-4985 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 92 | May 09, 2023 | 1:12 PM EST | (407) 351-5565 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 93 | May 09, 2023 | 5:57 PM EST | (407) 612-6396 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 94 | May 10, 2023 | 2:23 PM EST | (407) 239-0052 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 95 | May 10, 2023 | 3:35 PM EST | (407) 259-2760 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 96 | May 10, 2023 | 4:07 PM EST | (407) 577-3787 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 97 | May 10, 2023 | 4:26 PM EST | (407) 318-4537 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 98 | May 10, 2023 | 6:53 PM EST | (407) 244-2833 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 99 | May 12, 2023 | 5:59 PM EST | (407) 666-8948 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 100 | May 12, 2023 | 6:52 PM EST | (407) 510-4051 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 101 | May 15, 2023 | 12:50 PM EST | (407) 721-4755 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 102 | May 15, 2023 | 2:10 PM EST | (407) 553-6521 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 103 | May 15, 2023 | 6:18 PM EST | (407) 341-2543 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 104 | May 16, 2023 | 1:04 PM EST | (407) 407-1878 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 105 | May 16, 2023 | 2:55 PM EST | (407) 502-9562 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 106 | May 16, 2023 | 5:21 PM EST | (407) 569-9643 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 107 | May 16, 2023 | 5:33 PM EST | (407) 414-9668 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 108 | May 16, 2023 | 6:35 PM EST | (407) 379-3774 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 109 | May 16, 2023 | 6:49 PM EST | (407) 286-9671 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 110 | May 17, 2023 | 11:19 AM EST | (407) 464-2250 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 111 | May 18, 2023 | 2:04 PM EST | (407) 755-6682 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 112 | May 18, 2023 | 3:42 PM EST | (813) 524-0894 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 113 | May 18, 2023 | 4:23 PM EST | (407) 552-5554 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 114 | May 22, 2023 | 6:52 PM EST | (407) 411-6525 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 115 | May 22, 2023 | 7:31:PM EST | (407) 631-5986 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |

| **NO.** | **Date** | **Time** | **Caller ID** | **Notes** |
|---|---|---|---|---|
| 116 | May 23, 2023 | 1:59 PM EST | (407) 571-0513 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 117 | May 23, 2023 | 2:31 PM EST | (407) 352-0085 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 118 | May 26, 2023 | 12:56 PM EST | (407) 270-6765 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 119 | May 30, 2023 | 4:34 PM EST | (407) 443-2646 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 120 | May 30, 2023 | 7:48 PM EST | (407) 361-9908 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 121 | May 31, 2023 | 12:44 PM EST | (407) 821-2401 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 122 | May 31, 2023 | 4:19 PM EST | (407) 831-2972 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 123 | May 31, 2023 | 7:20 PM EST | (407) 899-2276 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 124 | May 31, 2023 | 7:48 PM EST | (407) 275-6908 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 125 | Jun 01, 2023 | 7:14 PM EST | (407) 628-7589 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 126 | Jun 05, 2023 | 12:34 PM EST | (407) 461-8882 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 127 | Jun 05, 2023 | 6:05:PM EST | (407) 643-5668 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 128 | Jun 05, 2023 | 7:57 PM EST | (407) 598-2451 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 129 | Jun 07, 2023 | 2:45 PM EST | (407) 289-1187 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 130 | Jun 07, 2023 | 7:23 PM EST | (407) 325-7764 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |
| 131 | Jun 12, 2023 | 1:40 PM EST | (407) 785-4097 | prerecorded call from Spectrum – hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|---|---|---|---|---|
| 132 | Jun 12, 2023 | 2:38 PM EST | (407) 342-9067 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 133 | Jun 12, 2023 | 3:20 PM EST | (407) 740-7928 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 134 | Jun 12, 2023 | 4:33 PM EST | (407) 351-3178 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 135 | Jun 12, 2023 | 4:53 PM EST | (407) 696-1969 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 136 | Jun 12, 2023 | 5:17 PM EST | (407) 348-6275 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 137 | Jun 14, 2023 | 11:49 AM EST | (407) 430-2699 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 138 | Jun 14, 2023 | 12:53 PM EST | (407) 683-9158 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 139 | Jun 14, 2023 | 1:38 PM EST | (407) 512-6745 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 140 | Jun 15, 2023 | 4:25 PM EST | (407) 779-6878 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 141 | Jun 15, 2023 | 4:51 PM EST | (407) 720-9405 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 142 | Jun 15, 2023 | 5:57 PM EST | (407) 563-5879 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 143 | Jun 16, 2023 | 6:19 PM EST | (407) 419-5584 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 144 | Jun 16, 2023 | 6:23 PM EST | (407) 654-2997 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 145 | Jun 19, 2023 | 12:35 PM EST | (407) 350-6646 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 146 | Jun 20, 2023 | 7:18 PM EST | (407) 247-9680 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 147 | Jun 22, 2023 | 2:51 PM EST | (407) 719-8464 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 148 | Jun 22, 2023 | 3:48 PM EST | (407) 419-6964 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 149 | Jun 22, 2023 | 5:25 PM EST | (407) 374-2712 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 150 | Jun 23, 2023 | 1:55 PM EST | (407) 268-1347 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 151 | Jun 23, 2023 | 2:54 PM EST | (407) 375-1248 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 152 | Jun 23, 2023 | 4:56 PM EST | (407) 479-7469 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 153 | Jun 24, 2023 | 11:09 AM EST | (407) 707-9544 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 154 | Jun 26, 2023 | 3:58 PM EST | (407) 680-1974 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 155 | Jun 26, 2023 | 5:08 PM EST | (407) 461-5422 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 156 | Jun 26, 2023 | 6:41 PM EST | (407) 352-0278 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 157 | Jun 27, 2023 | 2:06 PM EST | (407) 309-1341 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 158 | Jun 27, 2023 | 2:44 PM EST | (407) 625-4705 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 159 | Jul 03, 2023 | 1:08 PM EST | (407) 635-1990 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 160 | Jul 03, 2023 | 1:18 PM EST | (407) 524-2058 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 161 | Jul 05, 2023 | 2:55 PM EST | (407) 487-4595 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 162 | Jul 05, 2023 | 3:06 PM EST | (407) 603-2924 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 163 | Jul 05, 2023 | 3:14 PM EST | (407) 354-7912 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 164 | Jul 05, 2023 | 6:26 PM EST | (407) 353-9751 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 165 | Jul 06, 2023 | 5:08 PM EST | (407) 551-5274 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 166 | Jul 07, 2023 | 3:17 PM EST | (407) 228-3270 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 167 | Jul 07, 2023 | 7:55 PM EST | (407) 381-4458 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 168 | Jul 10, 2023 | 1:12 PM EST | (407) 242-1668 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 169 | Jul 11, 2023 | 5:28 PM EST | (407) 599-1915 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 170 | Jul 14, 2023 | 2:53 PM EST | (407) 374-9344 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 171 | Jul 14, 2023 | 5:22 PM EST | (407) 309-2910 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 172 | Jul 15, 2023 | 6:02 PM EST | (407) 277-4690 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 173 | Jul 19, 2023 | 12041 AM MT | (407) 349-5509 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 174 | Jul 19, 2023 | 2:16 PM MT | (407) 224-1373 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 175 | Jul 19, 2023 | 4:33 PM MT | (407) 537-8142 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 176 | Jul 20, 2023 | 9:09 AM MT | (407) 320-6410 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 177 | Jul 20, 2023 | 10:38 AM MT | (407) 346-7159 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 178 | Jul 20, 2023 | 2:28 PM MT | (407) 332-9715 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 179 | Jul 24, 2023 | 12:27 PM MT | (407) 364-8411 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 180 | Jul 24, 2023 | 4:19 PM MT | (407) 259-8070 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 181 | Jul 24, 2023 | 4:53 PM MT | (407) 541-3590 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 182 | Jul 25, 2023 | 11:32 AM MT | (407) 541-0839 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 183 | Jul 25, 2023 | 12:14 PM MT | (407) 622-8537 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 184 | Jul 25, 2023 | 3:06 PM MT | (407) 545-6760 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 185 | Jul 25, 2023 | 4:37 PM MT | (407) 442-6778 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 186 | Jul 25, 2023 | 4:55 PM MT | (407) 271-7536 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 187 | Jul 25, 2023 | 5:33 PM MT | (407) 540-3892 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 188 | Jul 26, 2023 | 3:47 PM MT | (407) 544-5149 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 189 | Jul 26, 2023 | 4:10 PM MT | (407) 334-8860 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 190 | Jul 27, 2023 | 10:12 AM MT | (407) 280-4135 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 191 | Jul 28, 2023 | 1:58 PM MT | (407) 208-3730 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 192 | Aug 02, 2023 | 11:15 AM MT | (407) 547-0476 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 193 | Aug 02, 2023 | 11:18 AM MT | (407) 349-8932 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 194 | Aug 02, 2023 | 12:36 PM MT | (407) 566-6918 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 195 | Aug 03, 2023 | 11:59 AM MT | (407) 204-4392 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 196 | Aug 04, 2023 | 9:55 AM MT | (407) 644-3391 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 197 | Aug 04, 2023 | 2:18 PM MT | (407) 765-5723 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 198 | Aug 05, 2023 | 9:36 AM MT | (407) 251-8399 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 199 | Aug 05, 2023 | 9:44 AM MT | (407) 332-2536 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 200 | Aug 05, 2023 | 12:28 PM MT | (407) 365-6634 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 201 | Aug 05, 2023 | 2:06 PM MT | (407) 364-2983 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 202 | Aug 05, 2023 | 5:34 PM MT | (407) 362-8818 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 203 | Aug 07, 2023 | 3:32 PM MT | (407) 609-8420 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 204 | Aug 09, 2023 | 10:18 AM MT | (407) 264-0903 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 205 | Aug 09, 2023 | 10:36 AM MT | (407) 292-5914 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 206 | Aug 10, 2023 | 12:16 PM MT | (407) 754-2697 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 207 | Aug 11, 2023 | 11:38 AM MT | (407) 721-2756 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 208 | Aug 15, 2023 | 7:03 PM MT | (407) 364-5891 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 209 | Aug 17, 2023 | 11:57 AM MT | (407) 355-2847 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 210 | Aug 17, 2023 | 12:50 PM MT | (407) 202-8570 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 211 | Aug 17, 2023 | 2:38 PM MT | (407) 236-3352 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |

| NO. | Date | Time | Caller ID | Notes |
|-----|------|------|-----------|-------|
| 212 | Aug 17, 2023 | 2:49 PM MT | (407) 243-4811 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 213 | Aug 17, 2023 | 2:53 PM MT | (407) 413-2633 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 214 | Aug 21, 2023 | 3:07 PM MT | (407) 545-8933 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 215 | Aug 21, 2023 | 7:37 PM MT | (407) 223-8795 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 216 | Aug 23, 2023 | 2:10 PM MT | (772) 247-9842 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 217 | Aug 28, 2023 | 2:11 PM MT | (407) 485-5767 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 218 | Aug 28, 2023 | 6:50 PM MT | (407) 414-3371 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 219 | Aug 28, 2023 | 6:53 PM MT | (407) 343-1704 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 220 | Aug 29, 2023 | 6:07 PM MT | (407) 454-8987 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 221 | Aug 29, 2023 | 6:16PM MT | (407) 717-4302 | prerecorded call from Spectrum - hung up and possibly gave DNC Request |
| 222 | Sep 01, 2023 | 5:25 PM MT | (407) 388-4548 | prerecorded call from Spectrum - spoke to agent - provided credit card - call dropped – received email with contract |

**60.**     Plaintiff made countless DNC Requests to Spectrum employees that were

ignored, and Plaintiff never provided consent to the calls sent to his personal phone.

**61.**     Plaintiff made at least 50 DNC Requests to Defendant Spectrum's employees.

Defendant's records should show the days and times of the DNC requests and will be

revealed during Discovery.

**62.**     Each and every solicitation call from Defendant Spectrum after September 02,

25

2022, was a knowing and willful violation of the TCPA as Plaintiff had Delivered a

DNC request to Defendant Spectrum on September 02, 2022.

**63.**    Each and every call phone call between September 6, 2022, and September 1,

2023, was a knowing and willful violation as Plaintiff had informed Defendant

Spectrum's employees to stop calling numerous of times.

**64.**    Plaintiff did not provide his phone number to Defendant Spectrum or their

employees at any point.

**65.**    Spectrum knew or should have known the requirements for making TCPA-

compliant telemarketing calls and thus knew or should have known that the

prerecorded robocalls complained of herein violated the TCPA and its regulations.

**66.**    Defendant knew or should have known the requirements for making TCPA, FTSA, and

Texas sales compliant telemarketing calls, and thus knew or should have known that the

unauthorized prerecorded telemarketing calls, and the many disregarded DNC requests

complained of herein violated the TCPA, FTSA, Texas Business Commerce Code 302.101 and

all of their regulations.

**67.**    No emergency necessitated these calls.

**68.**    Plaintiff has limited data storage capacity on his cellular telephone. Incoming

telemarketing calls consumed part of this capacity.


### VIOLATIONS OF THE TEXAS BUSINESS AND COMMERCE CODE § 302.101

**69.**    Defendant Resolve's agent Eastern Financial initiated the phone calls alleged herein and

is a "seller" under the Texas Business and Commerce Code because it used an overseas

marketing company to make telephone solicitation on its behalf and had them call Plaintiff in

this case.

**70.**     Under TCBB 302.302 "a person makes a telephone solicitation if the person effects or attempts to effect a telephone solicitation."

**71.**     The actions of Defendant Resolve through Eastern Financial violated the Texas Business and Commerce Code 302.101 by placing solicitation phone calls to a Texas resident without having a registration certificate and bond on file with the Texas Secretary of State.

**72.**     Texas Business and Commerce Code § 302.101 provides a private right of action.  A violation of Chapter 302 "is a false, misleading, or deceptive act or practice under Subchapter E, Chapter 17" and is enforceable as such: "A public or private right or remedy prescribed by Subchapter E, Chapter 17, may be used to enforce [Chapter 302." Tex. Bus. & Com. Code § 302.303.

**73.**     The use or employment by any person of a false, misleading, or deceptive act or practice" causes "economic damages or damages for mental anguish." Tex. Bus. & Com. Code § 17.50.

**74.**     Texas Business and Commerce Code §302.101 states that a person (1) "may not make a telephone solicitation" (a) "from a location in [Texas]" or (b) "to a purchaser located in [Texas]," (2) "unless the [person] holds a registration certificate for the business location from which the telephone solicitation is made." Tex. Bus. & Com. Code § 302.101(a).

Under Texas Business and Commerce Code § 302.302 Plaintiff is entitled to seek damages of up to $5000 per violation of §302.101

## INJURY, HARM, DAMAGES, and ACTUAL DAMAGES
## AS A RESULT OF THE CALLS

**75.**     Defendant Spectrum's calls harmed Plaintiff by causing the very harm that

27

Congress sought to prevent—a "nuisance and invasion of privacy."

**76.**      Defendant Spectrum's calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone.

**77.**      Defendant Spectrum's calls harmed Plaintiff by intruding upon Plaintiff's seclusion.

**78.**      Plaintiff has been harmed, injured, and damaged by the calls including, but not limited to: reduced device storage, reduced data plan usage, anger, frustration, invasion of privacy, and more frequent charging of Plaintiff's cell phone.

## PLAINTIFF'S CELL PHONE IS A RESIDENTIAL NUMBER

**79.**      The calls were to Plaintiff's cellular phone number 407-577-3881 which is Plaintiff's personal phone that he uses for personal, family, and household use. Plaintiff maintains no landline phones at his residence and has not done so for at least 15 years and primarily relies on cellular phones to communicate with friends and family. Plaintiff also uses his cell phone for navigation purposes, sending and receiving emails, timing food when cooking, and sending and receiving text messages. Plaintiff further has his cell phone registered in his personal name, pays the cell phone from his personal accounts, and the phone is not primarily used for any business purpose.

## CAUSES OF ACTION:

### COUNT ONE:
**(Violations of the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii), by Automated Telemarketing Without Prior Express Written Consent**

**80.**      Plaintiff re-alleges and re-adopts paragraphs 1 through 79 of the Complaint as if fully set forth herein.

**81.**      Defendant violated the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii), at least two hundred

28

and twenty-two (222) times by placing non-emergency telemarketing automated calls to Plaintiff's cellular telephone number without prior express written consent.

82.    Plaintiff was statutorily damaged at least two hundred and twenty times (222) times under 47 U.S.C. § 227(b)(3)(B) by Defendant by the calls described above, in the amount of $500.00 per call.

83.    Plaintiff was further statutorily damaged because Defendant willfully or knowingly violated this subsection of the TCPA. Plaintiff requests that the court treble the damage amount to $1,500.00 as permitted under U.S.C. § 227(b)(3)(C) for each and every willful and/or knowing violation.

84.    Plaintiff is also entitled to and does seek an injunction prohibiting Defendant Spectrum, their affiliates, and agents from violating the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii), by placing non-emergency automated prerecorded telemarketing calls to any cellular telephone number without prior express written consent.

## COUNT TWO:

### (Violation of the TCPA "Sales Call/DNC" Prohibition, 47 U.S.C. 227(c), and 47 C.F.R. § 64.1200(C))

85.    Plaintiff incorporates the preceding paragraphs 1-79 as if fully set forth herein.

86.    Defendant Spectrum's employees called Plaintiff's private residential telephone number which was successfully registered on the National Do-Not-Call Registry more than thirty-one (31) days prior to the calls, for the purposes of commercial solicitation, in violation of 47 U.S.C. § 227(c)(3)(F), and 47 C.F.R. § 64.1200(c)(2).

87.    Plaintiff was statutorily damaged at least two hundred and twenty-two (222) times under 47 U.S.C. § 227(c)(3)(F) by Defendant Spectrum by the telemarketing robocalls described

above, in the amount of $500.00 per call.

**88.**     Plaintiff was further statutorily damaged because Defendant Spectrum willfully and/or knowingly violated this subsection of the TCPA. Plaintiff requests that the court treble the damage amount as permitted under U.S.C. § 227(c)(5) for each and every willful and/or knowing violation.

**89.**     Plaintiff is entitled to an award up to $1,500 in damages for each knowing or willful violation of 47 U.S.C. § 227(c)(3)(F).

**COUNT THREE:**

**(Violations of Florida Statutes § 501.059)**

**90.**     Plaintiff incorporates the preceding paragraphs 1-79 as if fully set forth herein.

**91.**     Defendants Spectrum and/or their affiliates and authorized representatives called Plaintiff using automated means without Plaintiff's express written consent. Fla. Stat. § 501.059(8)(a).

**92.**     Defendant Spectrum did not have Plaintiff's prior express written consent when making the telephonic solicitation calls. Fla. Stat. § 501.059(1)(g).

**93.**     Plaintiff is entitled to an award of at least $500 in damages for each such violation of Fla. Stat. § 501.059(8)a) pursuant to Fla. Stat. § 501.059(10)(a)(2).

**94.**     Plaintiff is entitled to an award of up to $1,500 in damages for each such knowing or willful violation. Fla. Stat. § 501.059(10)(a)(b).

**COUNT FOUR:**
**(Violations of Florida TELEMARKETING ACT)**

**95.**     Plaintiff incorporates the preceding paragraphs 1-79 as if fully set forth herein.

30

96.    Defendant Spectrum called Plaintiff more than three times within a 24-hour period. Fla. Stat. 501.616(6)(b).

97.    Defendant Spectrum and/or their affiliates and authorized representatives called Plaintiff using automated dialing equipment that intentionally transmitted false caller identification information. Fla. Stat. 501.616(7)(b).

98.    In addition to any other penalties or remedies provided under law, a person who is injured by a violation of the provisions of this part may bring a civil action for recovery of actual damages and/or penalties and/or punitive damages, including costs, court costs, attorney's fees. No provision of this part shall be construed to limit any right or remedy provided under law. Fla. Stat. 501.625.

**COUNT FIVE:**
**(Violations of Texas Business and Commerce Code 302.101)**
**Failure to obtain a Telephone Solicitation Registration Certificate**

99.    Plaintiff incorporates the foregoing paragraphs 1-79 as if fully set forth herein.

100.    Defendants Spectrum and/or their affiliates or agents made at least fifty (50) solicitation sales calls to Plaintiff without having a valid telephone solicitation as required under Tex. Bus. Com. Code 302.

101.    As a result of Defendant Spectrum and/or their affiliates or agents' violations of Tex. Bus. and Com. Code 302.101 Plaintiff may seek damages of up to $5,000 for each violation. Tex. Bus. and Com. Code 302.302(a).

102.    As a result of Defendants Spectrum and/or their affiliates or agents' violations of Tex. Bus. and Com. Code 302.101 Plaintiff may seek all reasonable costs of prosecuting this action, including court costs, deposition costs, and witness fees. Tex. Bus. and Com. Code 302.302(d

31

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Joshua Cacho prays for judgment against Defendant Spectrum severally as follows:

A.  Leave to amend this Complaint to name additional DOESs as they are identified and to conform to the evidence presented at trial;

B.  A declaration that actions complained of herein by Defendants violates the TCPA and Fla. Stat. 501.059 and Florida Telemarketing Act;

C.  An award of $1500 per call in statutory damages arising from the TCPA 47 U.S.C §227(b) intentional violations jointly and severally against the corporations for 222 calls

D.  An award of $1500 per call in statutory damages arising from the TCPA 47 U.S.C §227(c) intentional violations jointly and severally against the corporations for 222 calls.

E.  An award of $1,500 per call in statutory damages arising from Fla. Stat. § 501.059(1)(g) intentional violations, pursuant to Fla. Stat. § 501.059(10)(a)(b) for 172 calls.

F.  An award of $1,500 in statutory damages arising from violations of the Texas Business and Commerce code 305.053 intentional violations jointly and severally against the corporation for fifty (50) calls.

G.  An award of $5,000 in statutory damages arising from violations of the Texas Business and Commerce code 302.101 intentional violations jointly and severally against the corporation for fifty (50) calls.

H.      An award of $100,000 in punitive damages arising from intentional

violations of Fla. Stat. 501.616(6)(b).

I.      An award of $100,000 in punitive damages arising from intentional

violations of Fla. Stat. 501.616(7)(b).

J.      An award to Plaintiff of interest, costs, and attorneys' fees, as allowed by law

and equity.

K.      Such further relief as the Court deems necessary, just, and proper.

## JURY
## DEMAND

Plaintiff requests a trial by jury of all claims that can be so tried.

September 11, 2023,                               Respectfully,

                                                 Joshua Cacho
                                                 Plaintiff, Pro Se
                                                 164 Estella Rd
                                                 Lake Mary, Florida 32746
                                                 407-577-3822
                                                 Jcacho1848@gmail.com

33

# EXHIBIT A

 **Gmail**

alex gonzalez <alex.gonzalez188887@gmail.com>

---

## We've Received Your Order
1 message

**Spectrum** <MyAccount@spectrumemails.com>                          Fri, Sep 1, 2023 at 4:36 PM
To: ALEX.GONZALEZ188887@gmail.com

 View in Browser

---

# We've Received Your Order

Hello Alex,

Your order 167843583 was received and is being processed. We will notify you when it has been finalized, usually within 48 hours. You will also receive confirmation when it has shipped.

If further action is needed to finalize your order, we will contact you.

---

**Get Started Now**
**Sign Your Customer Agreements**

You don't need to wait for your device to get started; sign your pending customer agreement(s) now.

If you didn't place this order, please Chat With Us.

How would you like us to contact you: Email? Text? Set your notification preferences.

---

Thank you for choosing Spectrum,

Spectrum Mobile Support Team

*As noted in our Return Policy, returns or exchanges must be requested within 14 days of shipment.*

*Please do not reply to this message. Replies to this message are routed to an unmonitored mailbox. If we can be of further assistance, please visit Spectrum Support.*

*This email was sent to: ALEX.GONZALEZ188887@GMAIL.COM*

9/13/23, 4:12 PM                                   Gmail - We've Received Your Order

©2023 Charter Communications. All rights reserved
Privacy Policy | Terms of Service/Policies

This message was sent by Charter Communications.

# EXHIBIT B

RETAIL INSTALLMENT SALE AGREEMENT / RETAIL INSTALLMENT OBLIGATION

**RETAIL INSTALLMENT CONTRACT**

**RETAIL INSTALLMENT SALE AGREEMENT / RETAIL INSTALLMENT OBLIGATION**

**SUBJECT TO STATE REGULATION**

SELLER (CREDITOR): Spectrum Mobile Equipment, LLC, on behalf of itself and its service providing affiliates (collectively, "Spectrum") 400 Washington Blvd, Stamford, CT 06902, (833) 224-6603.

AGREEMENT 167843583

SPECTRUM MOBILE ACCOUNT 1028130915

BUYER'S NAME: ALEX GONZALEZ, the Spectrum Account Holder

BUYER'S CONTACT NUMBER: 4075588905

BUYER'S ADDRESS: 164 ESTELLA RD LAKE MARY FL 327463612

DESCRIPTION OF Mobile DEVICE: AppleiPhone 14 Pro Max / ALEX GONZALEZ ("Device")

YOU, meaning the Buyer named above, agree to pay US, the Seller/Creditor named above the Total Sale Price of the Device identified above according to the terms of this Spectrum Mobile Device Payment Plan Retail Installment Contract (referred to herein as this "Device Payment Plan").

| | |
|---|---|
| **ANNUAL PERCENTAGE RATE**<br>The cost of your credit as a yearly rate | 0% |
| **FINANCE CHARGE**<br>The dollar amount the credit will cost You | $0 |
| **AMOUNT FINANCED**<br>The amount of credit provided to you | $1199.99 |
| **TOTAL OF PAYMENTS**<br>The amount you will have paid after you have made all payments as scheduled | $1199.99 |
| **TOTAL SALE PRICE**<br>The total cost of your purchase on credit including your down payment of $0.00 | $1199.99 |

PLEASE SEE THE APPLICABLE OF (i) THE SPECTRUM RESIDENTIAL GENERAL TERMS AND CONDITIONS OF SERVICE AND THE SPECTRUM RESIDENTIAL MOBILE TERMS AND CONDITIONS OF SERVICE OR (ii) THE SPECTRUM BUSINESS MOBILE SERVICES AGREEMENT (COLLECTIVELY, THE "TERMS OF SERVICE") FOR ANY ADDITIONAL INFORMATION ABOUT NONPAYMENT, DEFAULT, ANY REQUIRED PAYMENT IN FULL BEFORE THE SCHEDULED PAYMENT DATES AND PREPAYMENT TERMS WITH RESPECT TO THE SPECTRUM MOBILE SERVICE. PLEASE SEE YOUR PAYMENT SCHEDULE RIDER BELOW FOR THE SPECIFIC AMOUNT AND DATE OF FIRST PAYMENT, TOTAL NUMBER OF PAYMENTS, AND AMOUNT OF EACH PAYMENT. TERMS THAT ARE INITIALLY CAPITALIZED BUT NOT DEFINED HEREIN ARE DEFINED IN YOUR TERMS OF SERVICE AND WILL HAVE THE DEFINED MEANING GIVEN TO THEM IN SUCH OTHER DOCUMENTS.

THIS DEVICE PAYMENT PLAN GOVERNING RETAIL INSTALLMENT PAYMENTS FOR THE SPECTRUM DEVICE(S) YOU ARE RECEIVING FROM SPECTRUM, INCLUDES A BINDING ARBITRATION PROVISION SET FORTH IN THE SPECTRUM RESIDENTIAL GENERAL TERMS AND CONDITIONS OF SERVICE, WHICH INCLUDES A WAIVER OF CLASS ACTIONS AND PROVISIONS FOR OPTING OUT OF ARBITRATION.

Your purchase of the Device hereunder shall be deemed acknowledgment that you have read and agreed to the Terms of Service.

# EXHIBIT C

9/13/23, 12:08 PM                                      Gmail - Mobile Order Cancelation

 **Gmail**

**alex gonzalez <alex.gonzalez188887@gmail.com>**

---

## Mobile Order Cancelation
1 message

---

**Spectrum** <MyAccount@spectrumemails.com>                   Thu, Sep 7, 2023 at 1:07 PM
To: ALEX.GONZALEZ188887@gmail.com

View in Browser

# Spectrum▶mobile™

---

# Mobile Order Cancelation

Hello Alex,

As of today, we've met your request to cancel your Spectrum Mobile order 167843583, placed on September 1, 2023.

If your order has been canceled in error, please Chat With Us.

---

Thank you for choosing Spectrum,

Spectrum Mobile Support Team

*Please do not reply to this message. Replies to this message are routed to an unmonitored mailbox. If we can be of further assistance, please visit Spectrum Support.*

*This email was sent to: ALEX.GONZALEZ188887@GMAIL.COM*

*©2023 Charter Communications. All rights reserved*
*Privacy Policy | Terms of Service/Policies*

*This message was sent by Charter Communications.*