IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSHUA CACHO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. EP-23-CV-347-KC |
| SPECTRUM MOBILE EQUIPMENT, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal ("Stipulation"), ECF No. 10. The parties indicate that "Plaintiff's claims against Defendant in this action are subject to binding Arbitration" and request dismissal "in favor of resolution before the American Arbitration Association." Stipulation 1. Thus, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation, the Court **ORDERS** that all claims in this case are **DISMISSED**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 6th day of December, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE